IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **SCHLONDA DONALD** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **Civil No. 1:16cv403-HSO-JCG** |
| | § | |
| **NATIONAL TRUCK FUNDING, LLC** | § | **DEFENDANTS** |

## FINAL JUDGMENT

This matter came on to be heard upon the Motion [2] to Compel Arbitration or, Alternatively, Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim upon Which Relief Can Be Granted filed by Defendant National Truck Funding, LLC. The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authority, finds that in accord with its Memorandum Opinion and Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that Plaintiff Schlonda Donald must submit her claims to arbitration, and this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 22nd day of March, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE